IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| COLLEEN BAGLEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 05-3156 |
| | ) | |
| ROD BLAGOJEVICH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

The Court now considers Defendant Governor Rod Blagojevich's objections to United States Magistrate Judge Byron G. Cudmore's March 28, 2007, Opinion (d/e 49)[1]. That Opinion allows the Plaintiffs to depose Governor Blagojevich.

---

[1] Defendants Julie Curry, Roger Walker, Jr., James Underwood and Justin Smock also object to Governor Blagojevich being deposed. These Defendants will not suffer any injury in fact if Governor Blagojevich is deposed. Thus, they have no standing to object to an order requiring the Governor's deposition. *See Steel Co. v. Citizens For a Better Environment,* 523 U.S. 83, 103-04, 118 S.Ct. 1003, 140 L.Ed.2d 210 (1998) (to satisfy Article III's case-or-controversy requirement, an entity must show "injury in fact, causation, and redressability"*)*.

1

Governor Blagojevich alleges that the March 28 Opinion erroneously concluded that the Plaintiffs may depose him.  He timely appealed on April 10, 2007.

The Court has reviewed the March 28 Opinion.  It has considered the Governor's objections and the Plaintiffs' response thereto.  Having done so, the Court finds that the March 28 Opinion correctly states the law and properly concludes that the Plaintiffs may depose the Governor.

ERGO, the Court ADOPTS Judge Cudmore's March 28, 2007, Opinion in its entirety and DENIES the Defendants' Objections to Magistrate Judge's Order Regarding Propriety of Taking the Deposition of the Governor (d/e 52).

IT IS SO ORDERED.

ENTER:  May 10, 2007

FOR THE COURT:                              s/ Richard Mills
                                            United States District Judge