E-FILED
Friday, 22 June, 2007   04:32:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| COLLEEN BAGLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-3156 |
| | ) | |
| ROD BLAGOJEVICH, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**<u>OPINION</u>**

RICHARD MILLS, U.S. District Judge:

This case is before the Court on Defendant Governor Rod Blagojevich's motion to reconsider and for a protective order regarding the propriety of taking the deposition of the Governor and the Governor's supplement to his motion to reconsider.

In an opinion entered on March 28, 2007, United States Magistrate Judge Byron G. Cudmore determined that the "Plaintiffs have sufficiently demonstrated some reason to believe that the deposition of Governor Blagojevich will produce or lead to admissible evidence. This is sufficient

1

to justify his deposition at a convenient time and place." Pursuant to Federal Rule of Civil Procedure 72(a), the Governor filed objections to Judge Cudmore's order. On May 10, 2007, this Court denied those objections and adopted Judge Cudmore's order regarding the propriety of taking the deposition of the Governor.

The Governor asks the Court to reconsider its decision and issue an appropriate protective order prohibiting the Governor's deposition, and prohibiting any party from issuing a Notice for any such deposition until further Order of the Court. One of the grounds on which the Governor relies in the motion to reconsider is that the Governor's interrogatory responses have now been received by the Plaintiffs. The Governor asks the Court to reconsider its previous ruling because other forms of discovery should be pursued before the deposition of a senior public official is allowed.

The other argument in the motion to reconsider is that the Court did not address the Governor's legislative immunity argument discussed in his Rule 72(a) Objections to Judge Cudmore's order.

After considering the arguments in the motion to reconsider and in the motions for a protective order, the Court finds no basis to depart from its earlier ruling.

<u>Ergo</u>, the motion of Governor Blagojevich to reconsider and for a protective order [d/e 56] is DENIED. The Governor's supplemental motion for a protective order [d/e 58] is DENIED.

ENTER: June 22, 2007

                FOR THE COURT:

                              s/Richard Mills
                              United States District Judge